FILED '07 FEB 20 14:41 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DUC QUYVIET NGO and
HONG KIM HUYNH,

        Plaintiffs,

v.

CITY OF PORTLAND, an Oregon
Municipal Corporation, CHAD DAUL,
And Other Unknown Defendants,

        Defendants.

Case No.  CV 06-765 HA

ORDER AWARDING
ATTORNEY FEES

IT IS SO ORDERED that plaintiffs' attorney fees in the amount of $ 11,675.00 is hereby approved in the above-captioned matter.

SO ORDERED this 20 day of Feb, 2007.

                              HONORABLE ANCER HAGGERTY
                              U.S. District Court Judge

Page 1 – ORDER AWARDING ATTORNEY FEES